MEMORANDUM OPINION



No. 04-03-00663-CV


Christopher L. WELLS,


Appellant



v.



Bobbi Jo WELLS,


Appellee



From the 407th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-17523


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: October 29, 2003


DISMISSED FOR WANT OF JURISDICTION


 The trial court signed a final judgment on May 8, 2003. Appellant filed a timely motion for new
trial, extending the deadline to file the notice of appeal until August 6, 2003. See Tex. R. App. P. 26.1(a).
Appellant did not file his notice of appeal until September 4, 2003. Because appellant did not file his notice
of appeal within the required time period, or within the additional fifteen-day grace period provided by the
appellate rules, see Tex. R. App. P. 26.3, appellant did not invoke the jurisdiction of this court. See Tex.
R. App. P. 25.1(b); Ashley v. Harris County Risk Mgmt., 104 S.W.3d 905, 906 (Tex. App.--Corpus
Christi 2003, no pet.). Accordingly, we dismiss appellant's appeal for want of jurisdiction. See Tex. R.
App. P. 42.3(a).



 PER CURIAM